UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PATTERSON,<br>　　　Plaintiff,<br>　　v.<br>C. ALAPISCO, et al.,<br>　　　Defendants. | Case No. 19-cv-00147-JSC<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California prisoner proceeding pro se, filed this civil rights action under 42 U.S.C. § 1983.[1] On January 30, 2019, after reviewing the complaint under 28 U.S.C. § 1915A, the Court ordered it served upon Defendants. Defendants filed a motion to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure on April 26, 2019. Plaintiff received 28 days to file an opposition, but he did not do so, nor did he request an extension of time. On June 3. 2019, he requested an extension of time to respond to discovery. The Court granted the request and also extended the deadline to oppose the motion to dismiss to July 19, 2019, which gave Plaintiff a total of nearly three months to file an opposition. He did not file an opposition or request any further time to do so. On February 13, 2020, the Court granted the motion to dismiss and granted leave to file an amended complaint within 28 days. Plaintiff was cautioned that his failure to do so

//

//

---

[1] All parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C. § 636. (ECF Nos. 4, 10-12.)

1  would result in the dismissal of this action.  Plaintiff has not responded, nor indeed has he filed
2  anything in this case since June 3, 2019.  Accordingly, this case is DISMISSED.
3      The Clerk shall enter judgment and close the file.
4  **IT IS SO ORDERED.**
5  Dated: April 15, 2020

<br>

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD PATTERSON,<br>    Plaintiff,<br>v.<br>C. ALAPISCO, et al.,<br>    Defendants. | Case No.  19-cv-00147-JSC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 15, 2020, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald Patterson ID: F24930
Correctional Training Facility
P.O. Box 689
Soledad, CA 93960


Dated: April 15, 2020

Susan Y. Soong
Clerk, United States District Court

By:_____
Ada Means, Deputy Clerk to the
Honorable JACQUELINE SCOTT CORLEY

3